UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DEWAYNE CLAY,

        Petitioner,

v.                                      CASE NO. 3:21-CV-12074

GARY MINIARD,

        Respondent.
_____/

**ORDER STRIKING PETITIONER'S MOTION TO STAY AND HIS
APPLICATION TO PROCEED IN FORMA PAUPERIS [ECF Nos. 7, 8)**

      Petitioner Dewayne Clay is represented by legal counsel in this federal habeas proceeding. Nevertheless, Petitioner submitted a pro se motion to stay the proceedings and an application to proceed in forma pauperis. A party who is represented by counsel must rely on counsel to submit court filings and is not entitled to proceed in a "hybrid" manner by appearing both through counsel and on his or her own behalf. <u>United States v. Steele</u>, 919 F.3d 965, 975 (6th Cir. 2019) ("It is well settled that there is no constitutional right to hybrid representation."); <u>United States v. Vannoy</u>, No.17-20551, 2019 WL 587281, *3 (E.D. Mich. Feb. 13, 2019) (striking pro se filings because defendant was represented by counsel). Accordingly,

      IT IS ORDERED that Petitioner's pro se filings, ECF Nos. 7 and 8, are STRICKEN from the record. If Petitioner is no longer represented by counsel, he must notify the court and his counsel should move to withdraw from representation.

                                                              s/Robert H. Cleland
                                                              ROBERT H. CLELAND
Dated: July 26, 2022                          UNITED STATES DISTRICT JUDGE